**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO: 23-41611** |
| **JIMETTE VALENTINA SMITH** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor** | ) | |

## NOTICE OF LACK OF FEASIBILITY OF THE CHAPTER 13 PLAN

PLEASE TAKE NOTICE that Diana S. Daugherty, Standing Chapter 13 Trustee, has reviewed the case herein and has done a feasibility calculation. The plan appears to lack feasibility because it will not pay in full all creditors entitled to full repayment or it will not pay the amount guaranteed to general unsecured creditors. If the plan completes as is, the Trustee will raise an objection to discharge and the debtor may not receive a discharge of otherwise dischargeable debts.

Dated: 10/6/2023

NTCFEAS--BC

/s/ Diana S. Daugherty

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100 Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on October 06, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on October 06, 2023.

JIMETTE VALENTINA SMITH
200 PAUL AVE
FLORISSANT, MO 63031-6240

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee